# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s): Abdolreza Rajaeian | **Defendant**(s): Western Alliance Bank, an Arizona Corporation |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Frank R. Mead**<br>Lorona Mead<br>3838 N. Central Avenue, Suite 100<br>Phoenix, Arizona 85012<br>602-385-6825 | **L. Eric Dowell**<br>Ogletree Deakins<br>2415 E. Camelback Road, Suite 800<br>Phoenix, Arizona 85016<br>602-778-3700 |

**REMOVAL FROM MARICOPA COUNTY, CASE #2018-015453**

| | |
|---|---|
| <u>II. Basis of Jurisdiction</u>: | **3. Federal Question (U.S. not a party)** |
| <u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)** | |
| Plaintiff:- | **1 Citizen of This State** |
| Defendant:- | **1 Citizen of This State** |
| <u>IV. Origin</u> : | **2. Removed From State Court** |
| <u>V. Nature of Suit</u>: | **442 Employment** |
| <u>VI. Cause of Action</u>: | **Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 1983, and related state claims.** |
| <u>VII. Requested in Complaint</u> | |
| Class Action: | **No** |
| Dollar Demand: | **300,000** |
| Jury Demand: | **No** |

<u>VIII. This case</u> **is not related** to another case.

**Signature:** <u>L.Eric Dowell</u>

**Date:** <u>March 25, 2019</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014